**Angel FIGUEROA–SIERRA,**
**Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7014.

United States Court of Appeals,
Federal Circuit.

Feb. 12, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).